IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
JACKSON DIVISION

UNITED STATES OF AMERICA

v.  CRIMINAL NO. 3:08cr100TSL-LRA

ALEXANDER KIMBRELL JOHNSON

## FINAL ORDER OF FORFEITURE

WHEREAS, on March 6, 2009, this Court entered an Agreed Preliminary Order of Forfeiture, ordering defendant **ALEXANDER KIMBRELL JOHNSON** to forfeit **One (1) Bryco Arms pistol, Model Jennings Nine, 9mm, serial number 1556668** (the Subject Property), and

WHEREAS, the United States caused to be published via the internet at www.forfeiture.gov, notice of this forfeiture and of the intent of the United States to dispose of the property in accordance with the law and as specified in the Agreed Preliminary Order, and further notifying all third parties of their right to petition the Court within thirty (30) days for a hearing to adjudicate the validity of their alleged legal interest in the property; and

WHEREAS, no other potential claimants were known; and

WHEREAS, no timely claim has been filed; and

WHEREAS, the Court finds that defendant had an interest in the property that is subject to forfeiture pursuant to Title 18 U.S.C. § 924(d)(1);

NOW THEREFORE, IT IS HEREBY ORDERED, ADJUDGED AND DECREED that **One (1) Bryco Arms pistol, Model Jennings Nine, 9mm, serial number 1556668** is hereby forfeited to the United States of America pursuant to Title 18, United States Code, § 924(d)(1).

IT IS FURTHER ORDERED, ADJUDGED AND DECREED that all right, title and interest

to the property described above is hereby condemned, forfeited and vested in the United States of America, and shall be disposed of according to law; and

IT IS FURTHER ORDERED that the United States District Court shall retain jurisdiction in the case for the purpose of enforcing this Order; and

IT IS FURTHER ORDERED that the Clerk of the Court shall forward two certified copies of this Order to the United States Attorney's Office, 188 East Capitol Street, Suite 500, Jackson, MS 39201.

SO ORDERED, ADJUDGED, AND DECREED this 14th day of September, 2009.

_____
HONORABLE
UNITED STATES DISTRICT JUDGE